SCWC-18-0000747

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ERIC RICHARD ELESON, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000747; CASE NO. S.P.P. 18-1-0002)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Eric Richard Eleson's Application for Writ of Certiorari, filed on December 18, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, January 17, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

